

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:CSK
F. #2021R00825

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 12, 2023

By ECF
The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Si Ci Zhu
       Criminal Docket No. 22-14 (HG)

Dear Judge Gonzalez:

    Enclosed please find a proposed Order of Forfeiture (the "Order") in the above- case, the terms of which the defendant, Si Ci Zhu, has agreed to in connection with her guilty plea before the Honorable Raymond J. Dearie on January 25, 2022.

    The government respectfully requests that the Court "so order" and enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

              Respectfully submitted,

              BREON PEACE
              United States Attorney

          By: /s/ Claire S. Kedeshian
             Claire S. Kedeshian
             Assistant U.S. Attorney
             (718) 254- 6051

Encl.: Order of Forfeiture
cc:  Counsel of Record (by ECF)